# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER PRATTS, | |
|     Plaintiff, | NO. 3:16-CV-2385 |
|     v. | (JUDGE CAPUTO) |
| STATE FARM FIRE & CASUALTY COMPANY, | |
|     Defendant. | |

## **ORDER**

**NOW**, this 2nd day of May, 2019, **IT IS HEREBY ORDERED** that the Motion for Partial Summary Judgment (Doc. 62) filed by Defendant State Farm Fire & Casualty Company is **GRANTED** as to Plaintiff's breach of contract claim in Count I of the Complaint. The matter remains on this Court's **August 2019** trial list. A pretrial scheduling order will follow in due course.

                                                                                           /s/ A. Richard Caputo
                                                                                           A. Richard Caputo
                                                                                           United States District Judge